IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTY V.,**

    **Plaintiff,**

    vs.                              CIV NO. 2:24-cv-00199-KRS

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant.**

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 13), and for good cause appearing, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1]

                                              HONORABLE KEVIN R. SWEAZEA
                                              United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted*
JESSICA MILANO
Special Assistant United States Attorney

*Electronically approved*
BRYAN KONOSKI
Attorney for Plaintiff

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.