IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTY V.,**

    **Plaintiff,**

    vs.                                        CIV NO. 2:24-cv-00199-KRS

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

    **Defendant**.

## **JUDGMENT**

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE