IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTY VARELA,

      **Plaintiff,**

vs.                                                                                 CIV NO. 2:24-cv-00199-KRS

**MARTIN O'MALLEY,**
**Commissioner of Social Security,**

      **Defendant.**

### ORDER GRANTING JOINT MOTION FOR ATTORNEY FEES
### PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

The Court, having reviewed the Joint Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 17), **HEREBY ORDERS** that:

1. Attorney fees are awarded under the EAJA, payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $840.00 in attorney fees. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney);

2. If Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986); and

3. Plaintiff's previously filed motion for the EAJA fees (Doc. 16) is **DENIED** as moot.

**IT IS SO ORDERED**.

                                                      HONORABLE KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE